UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J & J SPORTS PRODUCTIONS, INC.,

            Plaintiff,

  -against-

WILLIAM LEON and SKIZZY'S SPORTS BAR, INC..,

            Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_7/11/2022\_\_

19-CV-10084 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

    J&J Sports Productions, Inc. ("Plaintiff") filed the instant action against William Leon and Skizzy's Sports Bar, Inc. ("Skizzy's") on October 30, 2019. (ECF No. 1.) Skizzy's was served on November 12, 2019, and its answer was due on December 3, 2019. (ECF No. 8.) Leon was served on December 10, 2019, and his answer was due on December 31, 2019. (ECF No. 9.) On January 27, 2020, Plaintiff filed proposed certificates of default for both Defendants. (ECF Nos. 10 & 11.) On March 19, 2020, Plaintiff filed a proposed order to show cause and a proposed default judgment. (ECF Nos. 15 & 19.)

    On December 3, 2021, the Court issued an Order to Show cause directing Plaintiff show cause in writing on or before December 19, 2021 why its claims against Defendants should not be dismissed with prejudice for want of prosecution pursuant to Fed R. Civ. P. 41(b). (ECF No. 21.) Plaintiff responded on December 7, 2021, stating that it would like to proceed with the Proposed Order to Show Cause. (ECF No. 22.)

Accordingly, it is hereby ORDERED that the Court's prior Order to Show Cause (ECF No. 21) be vacated. The Court will issue Plaintiff's proposed Order to Show Cause.

Dated: July 11, 2022
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge