**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

                                                                               19 **CIVIL** 10084 (NSR)

              -against-                                      **DEFAULT JUDGMENT**

LEON et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order and Opinion dated October 12, 2022, Plaintiff's request for default judgment is GRANTED. Plaintiff is awarded $8,000 in default judgment, in addition to costs of $1,213 and post-judgment interest at the federal rate.

**DATED**: New York, New York
             October 12, 2022

                                                        **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                                 *K. Mango*
                               **BY:** _____
                                                       **Deputy Clerk**